# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143440

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                             SC: 143440
                                             COA: 296889
                                             Cass CC: 09-010230-FH

JERRY BERNARD MATTHEWS, JR.,
       Defendant-Appellant.

_____/

      By order of November 23, 2011, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Likine* (Docket No. 141154), *People v Parks* (Docket No. 141181), and *People v Harris* (Docket No. 141513). On order of the Court, the cases having been decided on July 31, 2012, 492 Mich 367 (2012), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

s1128

_____      _____
                                                        Clerk